UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

              Plaintiff,

  v.

M. MORENO, et al.,

              Defendants.

Case No. 3:23-cv-05603-RJB

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge (Dkt. 3), Plaintiff's objections to the report and recommendation (Dkt. 4) and the remaining record, does hereby find and ORDER:

(1) Plaintiff's objections do not provide grounds in fact or in law justifying any basis to refuse to adopt the Report and Recommendation. This is particularly true in regard to the Bar Order referred to at page 5, lines 14-23 of the Report and Recommendation.

(2) The Court adopts the Report and Recommendation.

(3) Plaintiff's proposed application to proceed in forma pauperis (IFP) (Dkt. 1) and plaintiff's proposed motion for judicial notice (Dkt. 2) are DENIED, and the action is DISMISSED without prejudice.

ORDER OF DISMISSAL - 1

Dated this 12th day of September, 2023.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

ORDER OF DISMISSAL - 2